# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) Case No. 1:05CR00068 |
| v. | ) |
| | ) **FINAL ORDER** |
| **DON JUSTUS**, | ) |
| | ) By: James P. Jones |
| Defendant. | ) Chief United States District Judge |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the Petition for a Writ of Error Coram Nobis is DENIED and stricken from the active docket of the court.

ENTER: April 5, 2010

/s/ JAMES P. JONES
Chief United States District Judge